**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| BRIAN K. WILSON, | Case No. 3:23-CV-00503-MMD-CLB |
| Plaintiff, | **ORDER TO SUBSTITUTE** |
| v. | [ECF No. 20] |
| STATE OF NEVADA, *et al.*, | |
| Defendants. | |

On April 21, 2025, Defendants filed a suggestion of death on the record as to Plaintiff Brian K. Wilson. (ECF No. 20.) Pursuant to Federal Rule of Civil Procedure 25(a)(1), "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." Fed. R. Civ. P. 25(a)(1). Therefore, if a motion for substitution by the decedent's successor or representative is not filed within 90 days of the date of this order, the Court will recommend dismissal of this case.

**IT IS SO ORDERED.**

**DATED**: April 21, 2025

_____
**UNITED STATES MAGISTRATE JUDGE**