UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRIAN K. WILSON,<br><br>　　　　　　　　Plaintiff,<br>　v.<br>STATE OF NEVADA, *et al.*,<br><br>　　　　　　　　Defendants. | Case No.: 3:23-cv-00503-MMD-CLB<br><br>ORDER |

*Pro se* Plaintiff Brian K. Wilson, then inmate in the custody of the Nevada Department of Corrections at Northern Nevada Correctional Center, filed a civil rights complaint (ECF No. 1-1 ("Complaint")) under 42 U.S.C. § 1983 for events that took place while he was incarcerated. On April 21, 2025, Defendants filed a suggestion of death on the record indicating that Wilson had passed away.[1] (ECF No. 20.) Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Carla L. Baldwin (ECF No. 24), recommending the Court dismiss this action with prejudice and close this case. (ECF No. 24 at 2.) To date, no objections to the R&R have been filed. Because there is no objection, and, as further explained below, the Court adopts the R&R in full.

Because there is no objection, the Court need not conduct de novo review, and is satisfied that Judge Baldwin did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the

---

[1] On April 21, 2025, under Federal Rule of Civil Procedure 25(a)(1), Judge Baldwin directed any party or the decedent's successor or representative to file a motion for substitution within 90 days after service of a statement noting death or else face dismissal. (ECF No. 21.) That deadline has since expired, and no party has filed a motion for substitution. (ECF No. 24 at 1.)

findings and recommendations." (emphasis in original)). Judge Baldwin recommends the Court dismiss this action with prejudice because no motion for substitution has been made in accordance with the April 21, 2025 order. Having reviewed the R&R, Judge Baldwin did not clearly err.

It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF No. 24) is accepted and adopted in full.

It is further ordered that this action be dismissed with prejudice.

It is further ordered that the Clerk of Court enter judgment in accordance with this order and close this case.

DATED THIS 12th Day of August 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE